UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 15-2-DLB-EBA

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

LEAH A. BENTLEY                                                                    DEFENDANT

*******************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward Atkins, wherein he recommends that the Court not revoke Defendant's probation, but require her to wear a Transdermal alcohol monitor at all times for the remainder of her probation. (Doc. # 35). Magistrate Judge Atkins conducted a final revocation hearing on September 30, 2015. Defendant stipulated to violating the terms of her probation as detailed in the Violation Report prepared by United States Probation Officer Allison Biggs.

Defendant has filed a waiver of her right to allocution (Doc. # 34), and the time period for filing objections to Magistrate Judge Atkins' R&R has lapsed. Therefore, the R&R is ripe for review. The R&R being sound in all respects, including the recommended changes to Defendant's probation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 35) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2)   Defendant is found to have **VIOLATED** the terms of her supervised release;

(3)   Defendant's supervised release is **NOT revoked**, but the conditions of Defendant's probation are modified to require that she wear a Transdermal alcohol monitor at all times while she is serving the remainder of her probation;

(4)   All other conditions of probation previously set forth by the Court's judgment (Doc. # 23) shall remain in effect.

This 6th day of November, 2015.

Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2015\15-2 Order Adopting R&R.wpd

Case: 0:15-cr-00002-DLB-EBA   Doc #: 39   Filed: 11/06/15   Page: 2 of 2 - Page ID#: 83